## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UNIQUE FABRICATING, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11824 (KBO) |
| In re:<br><br>UNIQUE FABRICATING NA, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11825 (KBO) |
| In re:<br><br>UNIQUE FABRICATING SOUTH, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11826 (KBO) |
| In re:<br><br>UNIQUE PRESCOTECH, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11827 (KBO) |
| In re:<br><br>UNIQUE-CHARDAN, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11828 (KBO) |

30994654.2

| | |
|---|---|
| In re: | Chapter 7 |
| UNIQUE MOLDED FOAM TECHNOLOGIES, INC., | Case No. 23-11829 (KBO) |
| Debtor. | |
| In re: | Chapter 7 |
| UNIQUE-INTASCO USA, INC., | Case No. 23-11830 (KBO) |
| Debtor. | |
| In re: | Chapter 7 |
| UNIQUE FABRICATING REALTY, LLC, | Case No. 23-11831 (KBO) |
| Debtor. | |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

The above-captioned debtors (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**, and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements have been signed by Brian Loftus, the duly authorized and designated representative of the Debtors (the "**Designated Representative**"). The Designated Representative has relied upon the efforts, statements, and representations of various personnel employed

by the Debtors and their advisors, and has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes

1.  Except where otherwise noted the information provided herein is presented as of the beginning of business on November 8, 2023 (the "**Petition Date**").

2.  While the Debtors have made every reasonable effort to ensure that the Schedules and Statements are accurate and complete, based upon information that was available at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and Statements. Moreover, because the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and Statements are complete or accurate.

3.  The Debtors reserve the right to amend the Schedules and Statements as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtors' rights with respect to these chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.

4.  Any failure to designate a claim listed on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve all of their rights with respect to any such credits and allowances.

5.  Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated. In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," "none calculated" or to similar effect. Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

6.  At times, the preparation of the Schedules and the Statements required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtors may amend the Schedules as they deem necessary and appropriate to reflect material changes. In addition, the Debtors, for the benefit of

their estates, reserves the right to dispute or to assert offsets or defenses to any claim listed on the Schedules.

7.     Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("**GAAP**"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

8.     With respect to Schedule A/B, questions 6-8, the advance fee amount paid by Unique Fabricating NA, Inc. to the Debtors' bankruptcy counsel, Young Conway Stargatt & Taylor, LLP, and financial advisor, GlassRatner Advisory & Capital Group, LLC dba B. Riley Advisory Services, on an earned upon receipt basis does not constitute an interest of the Debtors in property and is thus not listed in response to Schedule B, questions 6-8.  This payment is listed in response to Statement question 11.

9.     With respect to Schedule A/B, questions 38-41, the Debtors have not verified the physical existence of all assets listed in response thereto; it is possible at least some assets may have been discarded, disposed of, or otherwise transferred or abandoned prior to the Petition Date.

10.    With respect to Schedule A/B, question 73, the Debtors were provided coverage under various insurance policies as of the Petition Date, but did not ascribe a book value to any of their insurance policies.

11.    With respect to Schedule A/B, questions 74 and 75, the Debtors have not listed all causes of action against third parties, although it is possible such causes of action may exist.  Among other things, the Debtors have not analyzed and listed any potential actions arising under chapter 5 of the Bankruptcy Code.  The Debtors on behalf of their estates, reserve all of their rights with respect to any causes of action they may have, whether or not listed as assets in the Schedules and Statements, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

12.    The claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, such dates are not included.  All claims listed on Schedule D, however, were incurred before the Petition Date.  Reference to the applicable loan agreements and related documents or other instrument creating the purported lien is necessary for a complete description of the collateral and the nature, extent, and priority of liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  Except as specifically stated on Schedule D, real property lessors, utility companies, equipment lessors, and other parties that may hold security deposits have not been listed on Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.  Moreover, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, letters of credit, surety bonds, or statutory lien rights.

13. The Debtors have used reasonable efforts to report all general unsecured claims against the Debtors on Schedule E/F, based upon the Debtors' books and records as of the Petition Date.

14. Determining the date upon which each claim on Schedule E/F part was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F. Furthermore, claims listed on Schedule E/F may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

15. The Debtors have not determined whether, and to what extent, any of the creditors identified on Part 1 of Schedule E/F are actually entitled to priority under section 507 of the Bankruptcy Code. The Debtors reserve the right to assert that claims identified on Part 1 of Schedule E/F are not claims that are entitled to priority.

16. With respect to Schedule E/F, the Debtors have not included taxing authorities that might assert claims in currently unknown amounts.

17. The Debtors, on behalf of their estates, hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, lease or document set forth on Schedule G, including but not limited to those that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Any contract, agreement, lease or document listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as supplemental agreements, amendments/letter agreements, and/or confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtors, on behalf of their estates, reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim. In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a short-term or at-will basis. Such contracts may not be included on Schedule G. However, the Debtors, on behalf of their estates, reserve their rights to assert that such agreements constitute executory contracts.

18. Listing a contract, lease, agreement or other document on Schedule G does not constitute an admission that such contract, lease, agreement or other document is an executory contract or unexpired lease, and omitting any contract, lease, agreement or other document from Schedule G does not constitute an admission that such contract or agreement is not an executory contract or unexpired lease. On behalf of their estates, the Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, and to add additional contracts, leases, agreements or other documents to Schedule G. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

19.   With respect to Statement question 1, although the Debtors remained operational until November 8, 2023 as noted in response to question 1, gross revenue is presented through and including October 31, 2023, the most recent month-end close. Gross revenue is presented without netting for operating expenses.

20.   Statement 3 includes any disbursement or other transfer made by or on behalf of all the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement 4) and made as part of regular and ordinary course payroll disbursements.

21.   With respect to Statement questions 4 and 30, the listing of any person or entity is not intended to be nor shall it be construed as a legal characterization of such party as an insider, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby reserved by both the Debtors and such persons or entities.

22.   With respect to Statement question 4, the amount of compensation paid to the officers and directors of the Debtors during the period stated therein is listed therein in aggregate form.  In addition, certain expense reimbursement information has not been provided because the Debtors are no longer able to access the software used to record and track employee expense reimbursements. More detailed information can be obtained from the Debtors' books and records.

23.   With respect to Statement question 6, in the ordinary course of business certain of the Debtors' creditors may have setoff all or part of amounts owed by the Debtors against security deposits, retainers or payables owed to the Debtors.  The Debtors did not historically maintain a record of such setoffs, so they are not listed.  Additionally, bank fees deducted from bank accounts of the Debtors are not listed in response to Statement question 6.

24.   With respect to Statement question 10, the Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, do not have records of losses that do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

25.   With respect to Statement question 21, the Debtors have endeavored to identify all tooling held by the Debtors but owned by their customers. However, the Debtors submit that conducting a full inventory of all customer-owned tooling would be unduly burdensome and cost prohibitive. Accordingly, the Debtors' response to Statement question 21 may not include all customer-owned tooling.

26.   With respect to Statement questions 26(a) through 26(c), the Debtors have excluded rank and file accountants and bookkeepers in response to this question, instead listing the officer who supervised them.

27.   With respect to Statement question 26(d), the Debtors have provided financial statements in the ordinary course of their businesses to various financial institutions, creditors, landlords, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

28.    With respect to Statement question 27, the amounts listed in response to this question include deductions on account of excess and obsolete inventory.  Additionally, the Debtors' records only show information related to the one-year period prior to the Petition Date.

29.    With respect to Statement question 28, all of the Debtors' officers and directors were terminated or resigned from those positions effective upon, or shortly after, the filing of the Debtors' bankruptcy cases, but are listed herein to the extent still in those positions as of the filing of the Debtors' chapter 7 bankruptcy petitions.  Prior to their resignation, the board designated the Designated Representative to complete certain specified tasks related to these chapter 7 cases notwithstanding such resignations, including completion of the Schedules and Statements.

30.    With respect to Statement question 30, the amount of compensation paid to the officers and directors of the Debtors during the period stated therein is listed in response to Statement question 4.  More detailed information can be obtained from the Debtors' books and records.

31.    The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.  In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Designated Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Unique Prescotech, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 23-11827 |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**    Summary of Assets

---

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| $2,400,000.00 |

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| $2,957,166.63 |

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| $5,357,166.63 |

---

**Part 2:**    Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| |
|---|
| $42,851,740.22 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
|---|
| $449.02 |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .

| | |
|---|---|
| + | $1,238,865.91 |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Lines 2 + 3a + 3b

| |
|---|
| $44,091,055.15 |

---

Official Form 206Sum    Summary of Assets and Liabilities for Non-Individuals    Page 1 of 1

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Unique Prescotech, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 23-11827 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    CASH AND CASH EQUIVALENTS

1. **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **CASH ON HAND**
   NONE

3. **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
   *(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    CITIZENS BANK | CHECKING | 7195 | $0.00 |

4. **OTHER CASH EQUIVALENTS**
   NONE

5. **Total of Part 1.**
   ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $0.00 |

### Part 2:    DEPOSITS AND PREPAYMENTS

6. **DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**
   DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| 7.1.    UTILITY DEPOSIT - LOUISVILLE GAS & ELECTRIC COMPANY | $12,685.37 |
|---|---|

Debtor    Unique Prescotech, Inc    Case number (if known) 23-11827

(Name)

| | Current value of debtor's interest |
|---|---|
| **8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1.   PREPAID RENT - LDF | $8,643.31 |
| 8.2.   TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - AJ NONWOVENS - HAMPTON LLC | $17,850.30 |
| 8.3.   TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - ARMACELL LLC | $22,302.00 |
| 8.4.   TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - AVERY DENISON SPECIALTY TAPE | $7,069.01 |
| 8.5.   TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - BERRY SPECIALTY TAPES LLC | $19,456.17 |
| 8.6.   TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - COATING & CONVERTING, TECHNOLOGIES | $7,645.59 |
| 8.7.   TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - GASKA TAPE, INC. | $6,608.81 |
| 8.8.   TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - HSM SOLUTIONS | $6,691.20 |
| 8.9.   TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - KNAUF INSULATION INCORPORATE | $11,959.86 |
| 8.10.  TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - NITTO INCORPORATED | $5,464.64 |
| 8.11.  TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - PREGIS POLYMASK | $11,156.96 |
| 8.12.  TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - RUBBERLITE | $142.50 |
| 8.13.  TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - RUBBERLITE INCORPORATED | $1,621.26 |

| 9 | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $139,296.98 |
|---|---|---|

| **Part 3:** | **ACCOUNTS RECEIVABLE** |
|---|---|

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| **11. ACCOUNTS RECEIVABLE** | | | | |
| FACE AMOUNT - 90 DAYS OR LESS | $1,218,467.02 <br> face amount | - | $4,756.09 <br> doubtful or uncollectable accounts | = ➔ $1,213,710.93 |
| FACE AMOUNT - OVER 90 DAYS | $3,426,039.00 <br> face amount | - | $3,426,039.00 <br> doubtful or uncollectable accounts | = ➔ $0.00 |

| 12 | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $1,213,710.93 |
|---|---|---|

| **Part 4:** | **INVESTMENTS** |
|---|---|

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |

|  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **15.** | **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| **16.** | **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| | DESCRIBE: | | |
| **17** | **Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | NOT APPLICABLE |

| **Part 5:** | **INVENTORY, EXCLUDING AGRICULTURE ASSETS** |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **RAW MATERIALS** | | | | |
| | 19.1. FABRIC, FOAM, RESIN, CHEMICALS, TAPE | 6/30/2023 | $668,816.25 | COST | $668,816.25 |
| **20.** | **WORK IN PROGRESS** | | | | |
| | 20.1. FABRIC, FOAM, MOLDED PARTS | 6/30/2023 | $37,262.12 | COST | $37,262.12 |
| **21.** | **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| | 21.1. AUTOMOTIVE PARTS | 6/30/2023 | $351,870.07 | COST | $351,870.07 |
| **22.** | **OTHER INVENTORY OR SUPPLIES** | | | | |
| | 22.1. MRO | 6/30/2023 | $0.00 | COST | $0.00 |
| **23** | **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | | | | $1,057,948.44 |

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes    Book value Unknown    Valuation method Cost    Current value Unknown

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☒ Yes

| **Part 6:** | **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)** |
|---|---|

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.** | **CROPS—EITHER PLANTED OR HARVESTED** | | | |

| Debtor | Unique Prescotech, Inc. | | Case number (if known) | 23-11827 |
|---|---|---|---|---|
| | (Name) | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **29. FARM ANIMALS** EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| **33 Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | | NOT APPLICABLE |
|---|---|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:    OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| 39.1.    VARIOUS OFFICE FURNITURE | $0.00 | NET BOOK VALUE | $0.00 |
| **40. OFFICE FIXTURES** NONE | | | |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    COMPUTER HARDWARE, SOFTWARE, IT EQUIPMENT | $17,596.79 | NET BOOK VALUE | $17,596.79 |
| **42. COLLECTIBLES** EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES NONE | | | |

| **43 Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | $17,596.79 |
|---|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

Debtor    Unique Prescotech, Inc.                                Case number (if known)    23-11827
         (Name)

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.   DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.    2003 FORD ECONOLINE 250,1FTNE242X3HA79228 | $0.00 | NET BOOK VALUE | $0.00 |
| **48.   WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES**  EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| NONE | | | |
| **49.   AIRCRAFT AND ACCESSORIES** | | | |
| NONE | | | |
| **50.   OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.    MACHINERY AND EQUIPMENT | $528,613.49 | NET BOOK VALUE | $528,613.49 |

| **51**   Total of Part 8.<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | $528,613.49 |
|---|---|---|---|

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | REAL PROPERTY |
|---|---|

**54.   DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55.   ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    LAND & BUILDING<br>1001 WEST OAK STREET,<br>LOUISVILLE, KENTUCKY 40210<br>PARCEL ID: 037L-0003-0000<br>INDUSTRIAL PROPERTY | OWNED | $1,094,303.07 | APPRAISAL (11/16/2022) BY BBG REAL ESTATE SERVICES | $2,400,000.00 |

| **56**   Total of Part 9.<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | | | | $2,400,000.00 |
|---|---|---|---|---|

Debtor    Unique Prescotech, Inc.
(Name)

Case number (if known)    23-11827
(Case number (if known))

---

**57.** Is a depreciation schedule available for any of the property listed in Part 9?

☒ No
☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?

☒ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
| --- | --- |

**59.** DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?

☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60.** PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS | | | |
| **61.** INTERNET DOMAIN NAMES AND WEBSITES | | | |
| **62.** LICENSES, FRANCHISES, AND ROYALTIES | | | |
| **63.** CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS | | | |
| **64.** OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY | | | |
| **65.** GOODWILL | | | |

| **66** Total of Part 10. ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | NOT APPLICABLE |
| --- | --- |

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☒ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?

☒ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
| --- | --- |

**70.** DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |
| **71.** NOTES RECEIVABLE DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **72.** TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS) DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **73.** INTERESTS IN INSURANCE POLICIES OR ANNUITIES | |

---

| | | Current value of debtor's interest |
|---|---|---|
| **74.** | **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| **75.** | **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| **76.** | **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| **77.** | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| **78** | **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | NOT APPLICABLE |
| **79.** | Has any of the property listed in Part 11 been appraised by a professional within the last year? ☒ No ☐ Yes | |

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| **80.** | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81.** | **Deposits and prepayments.** *Copy line 9, Part 2.* | $139,296.98 | |
| **82.** | **Accounts receivable.** *Copy line 12, Part 3.* | $1,213,710.93 | |
| **83.** | **Investments.** *Copy line 17, Part 4.* | | |
| **84.** | **Inventory.** *Copy line 23, Part 5.* | $1,057,948.44 | |
| **85.** | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,596.79 | |
| **87.** | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $528,613.49 | |
| **88.** | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $2,400,000.00 |
| **89.** | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| **90.** | **All other assets.** *Copy line 78, Part 11.* | + | |
| **91.** | **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $2,957,166.63  + 91b. | $2,400,000.00 |
| **92.** | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $5,357,166.63 |

**Fill in this information to identify the case:**

Debtor ___ Unique Prescotech, Inc. _____

United States Bankruptcy Court for the: ___ District of Delaware ___

Case number ___ 23-11827 ___
(if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **1. Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>CITIZENS BANK, NATIONAL ASSOCIATION, AGENT<br><br>**Creditor's mailing address**<br>28 STATE STREET<br>BOSTON, MA  02109<br><br>**Creditor's email address**<br>MICHAEL.FLYNN@CITIZENSBANK.COM<br><br>**Date or dates debt was incurred**<br>4/29/2016<br><br>**Last 4 digits of account number: 1400**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS<br><br>**Describe the lien**<br>FIRST LIEN REVOLVING CREDIT FACILITY/TERM LOANS/LETTER OF CREDIT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $42,851,740.22 | UNDETERMINED |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** — $42,851,740.22

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| A.O. SMITH CORPORATION<br>ATTN: DIRECTOR OF SOURCING, NA WATER HEATING<br>1100 EAST FAIRVIEW AVENUE<br>JOHNSON CITY, TN  37601 | Line 2.1 | |
| ADIENT US LLC<br>ATTN:  DEPUTY GENERAL COUNSEL – COMMERCIAL<br>49200 HALYARD DRIVE<br>PLYMOUTH, MI  48170 | Line 2.1 | |
| COMERICA BANK<br>ATTN: J. VILLEMURE<br>3701 HAMLIN RD.<br>AUBURN HILLS, MI  48326 | Line 2.1 | |
| FCA USA LLC<br>ATTN: LISA CLARK, VP, SRM<br>1000 CHRYSLER DRIVE<br>AUBURN HILLS, MI  48326 | Line 2.1 | |
| FLAGSTAR BANK, FSB<br>ATTN: R. MARSH<br>5151 CORPORATE DRIVE<br>TROY, MI  48098 | Line 2.1 | |
| GENERAL MOTORS LLC<br>ATTN: MARCO CAPORICCI<br>29755 LOUIS CHEVROLET ROAD<br>WARREN, MI  48090-9020 | Line 2.1 | |
| KEYBANK NATIONAL ASSOCIATIONS<br>ATTN: S. BARTON<br>127 PUBLIC SQUARE<br>CLEVELAND, OH  44114 | Line 2.1 | |
| US FARATHANE, LLC<br>ATTN: R. TURTON, VP, PURCHASING<br>270 HIGH MEADOWS CIRCLE<br>AUBURN HILLS, MI  48326 | Line 2.1 | |

| **Fill in this information to identify the case:** |
|---|

Debtor    Unique Prescotech, Inc.

United States Bankruptcy Court for the:    District of Delaware

Case number    23-11827
(if known)

☐ Check if this is an
    amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
    3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br><br>JESSICA GARBER<br>2501 GRANT LINE ROAD<br>NEW ALBANY, IN  47150<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRIORITY EMPLOYEE CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $234.24 | $234.24 |
| 2.2 | **Priority creditor's name and mailing address**<br><br>KAY GESWEIN<br>7740 HIGH RIDGE DRIVE<br>LANESVILLE, IN  47136<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRIORITY EMPLOYEE CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $214.78 | $214.78 |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

   **Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No.
    ☑ Yes.

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

| Debtor | Unique Prescotech, Inc. | | Case number (if known) | 23-11827 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>3M<br>2807 PAYSPHERE CIR<br>CHICAGO, IL  60674<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,332.61 |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br><br>A C STEEL RULE DIES,  INCORPORATED<br>324 E MANDOLINE Avenue<br>MADISON HEIGHTS, MI  48071<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TOOLING<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,750.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br><br>AEROFLEX USA, INCORPRATED<br>1102 NORTH MAIN STREET<br>SWEETWATER, TN  37874<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,633.12 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br><br>AIR TECHNOLOGIES<br>1302 NORTH ENGLISH STATION ROAD<br>LOUISVILLE, KY  40223<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SERVICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,182.43 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br><br>AIRGAS USA, LLC<br>2300 NORTH BURKHARDT ROAD<br>EVANSVILLE, IN  47715-2156<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $143.26 |

| Debtor | Unique Prescotech, Inc | Case number (if known) | 23-11827 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.6 | **Nonpriority creditor's name and mailing address**<br><br>AIRLITE PLASTICS COMPANY<br>205 CLINE PARK DRIVE<br>HILDENBRAN, NC  28637<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,181.20 |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br><br>AJ NONWOVENS - HAMPTON LLC<br>380 LAFAYETTE ROAD<br>HAMPTON, NH  03842<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,060.54 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN ACOUSTICAL PRODUCTS<br>311 HOPPING BROOK ROAD<br>HOLLISTON, MA  01746<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,351.50 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>ARMACELL LLC<br>1004 KEISLER ROAD<br>CONOVER, NC  28613<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,746.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>AT&T<br>PO BOX 5080<br>CAROL STREAM, IL  60197<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SERVICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,092.60 |

Debtor    Unique Prescotech, Inc.    Case number (if known) 23-11827
(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.11** **Nonpriority creditor's name and mailing address**

BARGAIN SUPPLY
844 EAST JEFFERSON STREET
LOUISVILLE, KY 40206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$88.33

---

**3.12** **Nonpriority creditor's name and mailing address**

BENNETT'S GAS
21 TAYLORSVILLE ROAD
TAYLORSVILLE, KY 40071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,739.46

---

**3.13** **Nonpriority creditor's name and mailing address**

BERRY SPECIALTY TAPES LLC
1852 OLD COUNTRY ROAD
RIVERHEAD, NY 11901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$711.21

---

**3.14** **Nonpriority creditor's name and mailing address**

BLACK EQUIPMENT COMPANY, INCORPORATED
1187 BURCH ROAD
EVANSVILLE, IN 47725

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$806.98

---

**3.15** **Nonpriority creditor's name and mailing address**

CHOICE BRANDS ADHESIVES
666 REDNA TERRACE
SUITE 600
CINCINNATI, OH 45215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,774.84

Debtor    Unique Prescotech, Inc.                    Case number (if known) 23-11827

(Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $244.05

CINTAS CORPORATION NO. 2
P.O. BOX 631025
CINCINNATI, OH 45263

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37,522.81

CIRCLE LOGISTICS, INC
PO BOX 8067
FORT WAYNE, IN 46898

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CARRIER

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $985.05

COATING & CONVERTING, TECHNOLOGIES
PO BOX 37775
BALTIMORE, MD 21297-3775

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RAW MATERIAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $765.95

CONVERTER SERVICES
401 NORTH POST ROAD
SHELBY, NC 28150

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MRO/SUPPLIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $530.04

DGI SUPPLY
140 SOUTH WOLF ROAD
WHEELING, IL 60090

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MRO/SUPPLIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Unique Prescotech, Inc. | | | |
|---|---|---|---|---|
| | (Name) | Case number (if known) 23-11827 | | |

| **Part 2:** | **Additional Page** | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.21**

**Nonpriority creditor's name and mailing address**

DREW FOAM COMPANIES, INCORPORATE
1093 HIGHWAY 278 EAST
MONTICELLO, AR 71655

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$706.05

---

**3.22**

**Nonpriority creditor's name and mailing address**

DUPLICATOR SALES AND SERVICE
831 EAST BROADWAY STREET
LOUISVILLE, KY 40204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$349.18

---

**3.23**

**Nonpriority creditor's name and mailing address**

EXPRESS LIGHT DELIVERY SERVICE
PO BOX 32453
LOISVILLE, KY 40231

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$76.59

---

**3.24**

**Nonpriority creditor's name and mailing address**

EXPRESS SERVICES, INC.
4919C DIXIE HIGHWAY
LOUISVILLE, KY 40216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$845.79

---

**3.25**

**Nonpriority creditor's name and mailing address**

FEDEX FREIGHT
2200 FORWARD DR
HARRISON, AR 72602-0840

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CARRIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$168.00

| Debtor | Unique Prescotech, Inc. | | Case number (if known) | 23-11827 |
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.26 | **Nonpriority creditor's name and mailing address**<br>GASKA TAPE, INC.<br>PO BOX 35<br>SOUTH BEND, IN 46624<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,449.20 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>HEDMAN-SUBURBAN FLORISTS<br>10014 OLD 3RD STREET ROAD<br>LOUISVILLE, KY 40272<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SERVICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $68.90 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>HEID PRINTING COMPANY<br>2611 PORTLAND AVENUE<br>LOUISVILLE, KY 40212<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>OUTSIDE PROCESSING<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $929.19 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>HERRICK ELECTRIC CORPORATION<br>733 LOGAN STREET<br>LOUISVILLE, KY 40204<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SERVICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,296.32 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>INFORESOURCES<br>4635 BITTERSWEET ROAD<br>LOUISVILLE, KY 40218<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SERVICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $374.84 |

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.31** **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
P.O. BOX 27128
NEW YORK, NY 10087-7128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$859.03

---

**3.32** **Nonpriority creditor's name and mailing address**

JDC SOLUTIONS, INCORPORATE
206 EAST DIVISION STREET
MT. JULIET, TN 37122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,509.44

---

**3.33** **Nonpriority creditor's name and mailing address**

JOHN J. MARONEY & COMPANY
8301 SOUTH 77TH AVENUE
BRIDGEVIEW, IL 60455

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,277.68

---

**3.34** **Nonpriority creditor's name and mailing address**

KENTUCKIANA WOOD PRODUCTS
PO BOX 362
JEFFERSONVILLE, IN 47131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,136.07

---

**3.35** **Nonpriority creditor's name and mailing address**

K-FLEX USA
100 K-FLEX WAY
YOUNSVILLE, NC 27596

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$722.79

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.05

KLEIN BROS. SAFE & LOCK
1101 WEST BROADWAY
LOUISVILLE, KY  40203

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $204.00

KNAUF INSULATION INCORPORATE
ONE KNAUF DRIVE
SHELBYVILLE, IN, IN  46176

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RAW MATERIAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $382.04

LATONYA STREET
156 DALEVIEW DRIVE
VINCENNES, IN  47591

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $200.00

LOGEX. LLC
28003 CENTER OAKS CT #101
WIXOM, MI  48393

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CARRIER

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,565.15

LYDALL PERFORMANCE MATERIALS, INCORPORATED
68 GEORGE STREET
GREEN ISLAND, NJ  12183

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RAW MATERIAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Unique Prescotech, Inc. | Case number (if known) 23-11827 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $225.60 |
|---|---|---|---|
| | MCMASTER-CARR SUPPLY COMPANY<br>200 AURORA INDUSTRIAL PKWY<br>AURORA, OH  44202 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>MRO/SUPPLIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,941.48 |
|---|---|---|---|
| | OWENS CORNING<br>62375 COLLECTION CENTER DRIVE<br>CHICAGO, IL  60693 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>RAW MATERIAL | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33.60 |
|---|---|---|---|
| | PATTI FANTE<br>7315 ST. ANDREWS WOODS CIRCLE #107<br>LOUISVILLE, KY  40214 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>SERVICE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $67.18 |
|---|---|---|---|
| | PLUMBERS SUPPLY COMPANY<br>PO BOX 634623<br>CINCINNATI, OH  45263-4623 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>MRO/SUPPLIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,036.00 |
|---|---|---|---|
| | PREMIER SCALES & SYTEMS<br>4901 NORTH SAINT JOSEPH AVENUE<br>EVANSIVILLE, IN  47720 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>SERVICE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.46** | **Nonpriority creditor's name and mailing address**

PURE WATER PARTNERS
DEPT CH 19648
PALATINE, IL 60055-9648

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$750.57

---

**3.47** | **Nonpriority creditor's name and mailing address**

ROSE HAYES
3400 DUMESNIL STREET
LOUISVILLE, KY 40211

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$350.00

---

**3.48** | **Nonpriority creditor's name and mailing address**

ROTOMETRICS
800 HOWERON LANE
EUREKA, MO 63025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOOLING

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,064.72

---

**3.49** | **Nonpriority creditor's name and mailing address**

RUMPKE
1101 WEST OAK STREET
LOUISVILLE, KY 40210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,997.14

---

**3.50** | **Nonpriority creditor's name and mailing address**

SEALED AIR CORPORATION
2451 CASCADE POINTE BLVD.
CHARLOTTE, NC 28208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PURCHASE PARTS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,021.25

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.51 | **Nonpriority creditor's name and mailing address**<br><br>SEKISUI PRODUCTS, INC.<br>50 W BIG BEAVER RD #145<br>TROY, MI  48084<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,460.71 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br><br>SEKISUI VOLTEK<br>17 ALLEN AVENUE<br>COLDWATER, MI  49036<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,272.29 |
| 3.53 | **Nonpriority creditor's name and mailing address**<br><br>SHORR PACKAGING CORP.<br>P.O. BOX 6800<br>AURORA, IL  60598-0800<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,473.20 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br><br>SIMMONS KNIFE & SAW<br>400 REGENCY DRIVE<br>GLENDALE HEIGHTS, IL  60139<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,838.37 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br><br>SPECTAPE<br>2771 CIRCLEPORT DRIVE<br>ERLANGER, KY  41018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SERVICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,099.37 |

Debtor    Unique Prescotech, Inc    Case number (if known) 23-11827

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,979.80

SUPERIOR FELT & FILTRATION, LLC
P.O. BOX 7232
CAROL STREAM, IL  60197-7232

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RAW MATERIAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,068.93

TECHNICOTE, INC.
222 MOUND AVENUE
MIAMISBURG, OH  45342

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RAW MATERIAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,324.97

TEKRA, LLC
16700 WEST LINCOLN AVENUE
NW BERLIN, WI  53151

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MRO/SUPPLIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $192.00

TERMINIX COMMERCIAL
2628 N CULLEN AVENUE
SUITE B
EVANSVILLE, IN  47715

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,866.20

THE SERVANTS, INCORPORATED
515 WEST TENNESSEE STREET
EVANSVILLE, IN  47710

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MRO/SUPPLIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Unique Prescotech, Inc | | Case number (if known) 23-11827 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.61** | **Nonpriority creditor's name and mailing address**

THE STROUSE CORPORATION
1211 INDEPENDENCE WAY
WESTMINSTER, MD 21157

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,932.21

---

**3.62** | **Nonpriority creditor's name and mailing address**

THERM-O-DISC INCORPORATED
12425 ROJAS STREET
EL PASO, TX 47713

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,707.50

---

**3.63** | **Nonpriority creditor's name and mailing address**

TOYOTA COMMERCIAL FINANCE
PO BOX 660926
DALLAS, TX 75266-0926

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,354.08

---

**3.64** | **Nonpriority creditor's name and mailing address**

ULINE
PO BOX 88741
CHICAGO, IL 60680-1741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,778.21

---

**3.65** | **Nonpriority creditor's name and mailing address**

UNIQUE FABRICATING DE MEXICO
HIPERION 901
COL. KALOS GUADELUPE, NL 67205
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,546.37

---

| Debtor | Unique Prescotech, Inc | Case number (if known) | 23-11827 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.66 | **Nonpriority creditor's name and mailing address**<br><br>UNIQUE FABRICATING SOUTH<br>301 WEST MCCARTER ROAD<br>LAFAYETTE, GA  30728<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $471,515.21 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br><br>UNIQUE FABRICATING, INCORPORATED<br>800 STANDARD PARKWAY<br>AUBURN HILLS, MI  48326<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $361,571.00 |
| 3.68 | **Nonpriority creditor's name and mailing address**<br><br>US BOS LOGISTICS GROUP LLC<br>2300 HURSTBOURNE VILLAGE DRIVE<br>SUITE 1000<br>LOUISVILLE, KY  40299<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SERVICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,550.00 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br><br>WILSON MANUFACTURING COMANY<br>4725 GREEN PARK ROAD<br>ST. LOUIS, MO  63123<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TOOLING<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,321.00 |
| 3.70 | **Nonpriority creditor's name and mailing address**<br><br>WM T. BURNETT & COMPANY<br>PO BOX 79391<br>BALTIMORE, MD  21279-0391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,522.52 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.71** **Nonpriority creditor's name and mailing address**

WOLFF SALES INCORPORATED
16645 BARRYKNOLL WAY
GRANGER, IN  46530

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,805.40

---

**3.72** **Nonpriority creditor's name and mailing address**

WOODBRIDGE INOAC TECHNICAL PRODUCTS
SOLUTIONS, LLC
70 EAST INDUSTRY DRIVE
SPRINGFIELD, KY  40069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,454.32

---

**3.73** **Nonpriority creditor's name and mailing address**

WOODBRIDGE SWF - EL PASO
9900 RAILROAD DR.
EL PASO, TX  79924

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,518.78

---

**3.74** **Nonpriority creditor's name and mailing address**

WOODBRIDGE TECHNICAL FOAM
1120 JUDD ROAD
CHATTANOOGA, TN  37406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,441.64

Debtor    Unique Prescotech, Inc.

Case number (if known)    23-11827

(Name)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.    Add the amounts of priority and nonpriority unsecured claims.

|  | Total of claim amounts |
| --- | --- |
| 5a.   Total claims from Part 1 | 5a. | $449.02 |
| 5b.   Total claims from Part 2 | 5b.   + | $1,238,865.91 |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,239,314.93 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Unique Prescotech, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 23-11827 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY:  COMMERCIAL INLAND MARINE INSURANCE POLICY, POLICY NO. ACP CIMP 3110117278 | ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY PO BOX 182079 COLUMBUS, OH  43218-2079 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY:  BUSINESS AUTO INSURANCE POLICY, POLICY NO. ACP BAA 3110117278 | AMCO INSURANCE COMPANY 1100 LOCUST STREET DES MOINES, IA  50391 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY:  COMMERCIAL PROPERTY INSURANCE POLICY, POLICY NO. ACP COPA 3110117278 | AMCO INSURANCE COMPANY 1100 LOCUST STREET DES MOINES, IA  50391 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY:  STANDARD WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY, MICHIGAN, POLICY NO. ACP WCA 31 1 0117278 | AMCO INSURANCE COMPANY 1100 LOCUST STREET DES MOINES, IA  50391 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY:  COMMERCIAL GENERAL LIABILITY INSURANCE POLICY, POLICY NO. ACP GLDO 3110117278 | DEPOSITORS INSURANCE COMPANY PO BOX 182079 COLUMBUS, OH  43218-2079 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT: PARKING LOT LEASE | DIVERSIFIED DESIGN, INC. 935 WEST OAK STREET LOUISVILLE, KY  40201 |
| | **State the term remaining** | 3/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | COLLECTIVE BARGAINING AGREEMENT DTD 2/6/2023 | GENERAL DRIVERS WAREHOUSEMEN AND HELPERS LOCAL UNION 89 3813 TAYLOR BOULEVARD LOUISVILLE, KY  40215 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | BLANKET PURCHASE AGREEMENT DTD 7/1/2022 | HAIER US APPLIANCE SOLUTIONS INC D/B/A GE APPLIANCES GE APPLIANCE PARK AP5 LOUISVILLE, KY  40025-0001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT:  YALE FORK LIFT | HYG FINANCIAL SERVICES, INC 5000 RIVERSIDE DRIVE SUITE 300 EAST IRVING, TX  75039-4314 |
| | **State the term remaining** | MONTH-TO-MONTH | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT:  YALE FORK LIFT | HYG FINANCIAL SERVICES, INC 5000 RIVERSIDE DRIVE SUITE 300 EAST IRVING, TX  75039-4314 |
| | **State the term remaining** | MONTH-TO-MONTH | |
| | **List the contract number of any government contract** | | |

Debtor      Unique Prescotech, Inc.                                         Case number (if known)    23-11827

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT:  YALE FORK LIFT | HYG FINANCIAL SERVICES, INC<br>5000 RIVERSIDE DRIVE<br>SUITE 300 EAST<br>IRVING, TX  75039-4314 |
|---|---|---|---|
| | **State the term remaining** | MONTH-TO-MONTH | |
| | **List the contract number of any government contract** | | |

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT:  YALE FORK LIFTS (X2) | HYG FINANCIAL SERVICES, INC<br>5000 RIVERSIDE DRIVE<br>SUITE 300 EAST<br>IRVING, TX  75039-4314 |
|---|---|---|---|
| | **State the term remaining** | 6/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE PROPERTY:  LEASE DTD 9/3/2019 RE: LOCATION - SOUTH 9TH STREET, LOUISVILLE, KENTUCKY, USA | LDF COMPANY LOUISVILLE KY<br>ATTN CLYDE ENSOR III<br>PO BOX 35369<br>LOUISVILLE, KY  40232 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT:  POSTAGE MACHINE | MAIL FINANCE, INC.<br>478 WHEELERS FARM ROAD<br>MILFORD, CT  06461 |
|---|---|---|---|
| | **State the term remaining** | 3/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY:  STANDARD WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY, GEORGIA AND KENTUCKY, POLICY NO. ACP WCD 31 1 0117278 | NATIONWIDE INSURANCE / DEPOSITORS INSURANCE COMPANY<br>PO BOX 182079<br>COLUMBUS, OH  43218-2079 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT:  2018 INTERNATIONAL | STERNBERG IDEALEASE<br>8950 NORTH KENTUCKY AVENUE<br>EVANSVILLE, IN  47725 |
|---|---|---|---|
| | **State the term remaining** | 12/31/2023 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY: OWNERS POLICY OF TITLE INSURANCE REGARDING 1001 WEST OAK STREET, LOUISVILLE, FILE NO.: 01219-10972; POLICY NO.: O-9301-001974064 | STEWART TITLE GUARANTY COMPANY 2 GRAND CENTRAL TOWER 140 EAST 45TH STREET 33RD FLOOR NEW YORK, NY 10017 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL DRIVERS, WAREHOUSEMEN AND HELPERS, LOCAL UNION NO. 89, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMAN AND HELPERS OF AMERICA FEBRUARY 6, 2023-FEBRUARY 7, 2027 | TEAMSTERS LOCAL UNION NO 89 3813 TAYLOR BOULEVARD LOUISVILLE, KY 40215 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT: TOYOTA FORKLIFT | TOYOTA MATERIAL HANDLING MIDWEST, INC. 9890 CHARTER PARK DRIVE WEST CHESTER, OH 45069-4803 |
| | **State the term remaining** | 6/30/2028 | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT: TOYOTA FORKLIFT | TOYOTA MATERIAL HANDLING MIDWEST, INC. 9890 CHARTER PARK DRIVE WEST CHESTER, OH 45069-4803 |
| | **State the term remaining** | 9/30/2028 | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT: TOYOTA FORKLIFT | TOYOTA MATERIAL HANDLING MIDWEST, INC. 9890 CHARTER PARK DRIVE WEST CHESTER, OH 45069-4803 |
| | **State the term remaining** | 9/30/2028 | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES REPRESENTATIVE AGREEMENT DTD 10/22/2013 | WILCOX MANUFACTURING 25 PISCATAQUA DR NEWINGTON, NH 03801 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Unique Prescotech, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 23-11827 |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☒ Yes.

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply |
| 2.1  UNIQUE FABRICATING NA, INC. - GUARANTOR | 800 STANDARD PARKWAY AUBURN HILLS, MI  48326 | CITIZENS BANK, NATIONAL ASSOCIATION, AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.2  UNIQUE FABRICATING REALTY, LLC  - GUARANTOR | 800 STANDARD PARKWAY AUBURN HILLS, MI  48326 | CITIZENS BANK, NATIONAL ASSOCIATION, AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.3  UNIQUE FABRICATING SOUTH, INC. - GUARANTOR | 800 STANDARD PARKWAY AUBURN HILLS, MI  48326 | CITIZENS BANK, NATIONAL ASSOCIATION, AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.4  UNIQUE FABRICATING, INC. - GUARANTOR | 800 STANDARD PARKWAY AUBURN HILLS, MI  48326 | CITIZENS BANK, NATIONAL ASSOCIATION, AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.5  UNIQUE MOLDED FOAM TECHNOLOGIES, INC. - GUARANTOR | 800 STANDARD PARKWAY AUBURN HILLS, MI  48326 | CITIZENS BANK, NATIONAL ASSOCIATION, AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.6  UNIQUE-CHARDAN, INC. - GUARANTOR | 800 STANDARD PARKWAY AUBURN HILLS, MI  48326 | CITIZENS BANK, NATIONAL ASSOCIATION, AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.7  UNIQUE-INTASCO USA, INC. - GUARANTOR | 800 STANDARD PARKWAY AUBURN HILLS, MI  48326 | CITIZENS BANK, NATIONAL ASSOCIATION, AGENT | ☒ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Unique Prescotech, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 23-11827 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on 11/22/2023 | ✗ /s/ Brian P. Loftus |
| MM / DD / YYYY | Signature of individual signing on behalf of debtor |
| | Brian P. Loftus |
| | Printed name |
| | Designated Representative |
| | Position or relationship to debtor |